## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:   MICHAEL S SZEWCZYK                           CASE NO: 07-09434
                                                      CHAPTER 13

         DEBTORS(S)                                   JUDGE: JACQUELINE P COX


                                                      NOTICE OF FINAL CURE PAYMENT


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   CITIMORTGAGE INC

--------------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0009 | 2001564161 ARRS | $ 26,965.12 | $ 26,965.12 | $ 26,965.12 |

Total Amount Paid the Trustee                                              $   26,965.12

--------------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit                    _X_  Direct by the Debtor(s)

--------------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 11th day of    September, 2012.

Debtor(s)

MICHAEL S SZEWCZYK
726 E PERSHING
CHICAGO IL 60653

Debtors Attorney

DANIEL J WINTER
53 W JACKSON BLVD #725
CHICAGO IL 606040000

Addtional Creditors

CITIMORTGAGE
5280 CORPORATE DR
FREDERICK MD 21701

Additional Creditors

CITIMORTGAGE
% KROPIK PAPUGA & SHAW
120 S LASALLE #1500
CHICAGO IL 60603

Mortgage Arrearage Creditor

CITIMORTGAGE INC
PO BOX 6941
THE LAKES NV 88901-6941

Electronic Service US Trustee

Date: September 11, 2012

/s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603